OPINION — AG — THE AERONAUTICS COMMISSION ACT, 3 O.S. 1971 81 [3-81] ET SEQ., DOES NOT AUTHORIZE THE AERONAUTICS COMMISSION TO FUND PUBLIC HELIPORTS. CITE: 3 O.S. 1971 81 [3-81], 3 O.S. 1971 82 [3-82], 3 O.S. 1974 Supp., 85 [3-85], 3 O.S. 1971 85 [3-85], 3 O.S. 1979 Supp., 90 [3-90] (AVIATION, FUNDING, AIRPORT) (MARY BRYCE LEADER) 3 O.S. 85 [3-85](G)